# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## <u>JUDGMENT IN A CIVIL CASE</u>

_____

**ROBERT H. BISHOP**

      vs.                              **CASE NUMBER: 5:06-cv-821**
                                                        **(GTS/GHL)**

**NEW PROCESS GEAR, INC.**

_____

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendant's Motion for Summary Judgment is Granted and Plaintiff's Complaint is Dismissed in its entirety. Judgment is hereby entered in favor of the Defendant.

All of the above pursuant to the Order of the Honorable Judge Glenn T. Suddaby, dated the 18th day of November, 2009.

DATED: November 18, 2009

*[signature]*
Clerk of Court

                                                     s/ Melissa Ennis
                                                    Melissa Ennis, Deputy Clerk